# Third District Court of Appeal

## State of Florida

Opinion filed July 20, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2273
Lower Tribunal No. 12-15168 SP
_____

**United Automobile Insurance Company,**
Appellant,

vs.

**Millennium Radiology, LLC,
d/b/a Millennium Open MRI,
a/a/o Rosaly Bermudez,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Natalie Moore, Judge.

Michael J. Neimand, for appellant.

David B. Pakula, P.A., and David B. Pakula (Pembroke Pines); Marks & Fleischer, P.A., and Gary Marks (Fort Lauderdale), for appellee.

Before EMAS, GORDO and BOKOR, JJ.

PER CURIAM.

We reverse and remand consistent with our decision in <u>United Auto. Ins. Co. v. Millennium Radiology, LLC</u>, 337 So. 3d 834, 837 (Fla. 3d DCA 2022) ("Millennium's 'identity' is not the same in each of these cases against United Auto; Millennium draws its identity from its assignor from case to case.  The identity element of collateral estoppel, therefore, is not satisfied.").